**Maurica Meschelle SPELLMEYER, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**WD 78853**

Missouri Court of Appeals, Western District.

ORDER FILED: June 28, 2016

Shane Farrow, Jefferson City, MO, Counsel for Appellant.

Rachel Jones, Jefferson City, MO, Counsel for Respondent.

Before Division Three: Gary D. Witt, P.J., James Edward Welsh, and Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Maurica Meschelle Spellmeyer appeals from the circuit court's judgment sustaining the Director of Revenue's revocation of her driving privileges for one year pursuant to section 577.041, RSMo Supp.2014,